UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Soogie and Ramdhanie Doodnath  Case No: 6:11-bk-16718-ABB
                                Chapter 13

_____Debtor._____/

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the Debtors, Soogie and Ramdhanie Doodnath , by and through their undersigned counsel, voluntarily dismisses their Chapter 13 Bankruptcy Petition filed on November 3, 2011, bearing case number 6:11-bk-16718-ABB.

Dated this 10th day of March, 2014.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of this Motion to the Chapter 13 Standing Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Florida 32790-3450, by ECF Electronic Transmission, on the 10th day of March, 2014.

/s/ David L. Robold. Esquire
131 Park Lake Street
Orlando, Florida 32803
Telephone: (407) 426-6999
Telecopy: (407) 872-2266
Florida Bar No.: 083542
Attorney for the Debtors