UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                Case No. 6:11-bk-16718-ABB

SOOGIE DOODNATH and
RAMDHANIE DOODNATH,

    Debtor.
_____/

ORDER OF DISMISSAL

THIS CASE came on for consideration upon the Debtors' Notice of Voluntary Dismissal (Document No. 61).  The Court, being fully informed in the premises, finds that this case should be dismissed.  Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1. This case is dismissed.

2. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3. Pursuant to the provisions of 11 U.S.C. Sections 105(a) and 109(g)(2), the debtor is not enjoined from filing for relief under Title 11 of the United States Code.

4. Of the Debtor's $5,134.85 balance in the Trustee's trust account, administrative expenses shall be disbursed as follows: $0.00 to the mediator for mortgage modification mediation, $0.00 to secured creditors provided for in the debtor's current plan, $0.00 attorney fees provided for in the debtor's current plan, and $0.00 to the Trustee.  The balance of $5,134.85 shall be turned over to the Debtor.

5. The effective date of this order is delayed fourteen (14) days to permit the debtor to file a Notice of Conversion, along with the $25.00 trustee surcharge required by the Bankruptcy Court Fee Schedule.

DONE and ORDERED in Orlando, Florida, this 11th day of March, 2014

_____
ARTHUR B. BRISKMAN
United States Bankruptcy Judge

Copies to:

**Laurie K. Weatherford, Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order**